Judith A. Archer
Nandini Rao
NORTON ROSE FULBRIGHT US LLP
1301 Avenue of the Americas
New York, New York 10019-6022
(212) 318-3000
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

MARY CONNER, Individually, and as the representative of a class of similarly situated persons,

                       Plaintiffs,

-against-

FOURFOOT, LLC d/b/a Spenco Footwear,

                       Defendant.

---

1:19-CV-06630-WFK-ST

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the respective parties, that that the above-entitled action be and the same is, hereby discontinued in its entirety, with prejudice and without costs, fees, or disbursements to any party as against any other party. Execution of this Stipulation of Dismissal by PDF or facsimile will be deemed an original.

Dated: New York, New York
        March 19, 2020

SHAKED LAW GROUP, P.C.

By: _____
Dan Shaked
14 Harwood Court, Suite 415
Scarsdale, NY 10583
(917) 373-9128

Attorneys for Plaintiff

NORTON ROSE FULBRIGHT US LLP

By: _____
Judith A. Archer
Nandini Rao
1301 Avenue of the Americas
New York, New York 10019-6022
(212) 318-3000

Attorneys for Defendant

The application is ✓ granted. ___ denied.

SO ORDERED

/s/ (WFK)
William F. Kuntz, II, U.S.D.J.
Dated: March 20, 2020
Brooklyn, New York

99544059.1